# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CORDELL LOCKETT
ADC# 141945                                                                                                  PLAINTIFF

v.                          CASE NO. 5:10-cv-00280-JLH-JJV

FAYE KIDD, Jailer,
W.C. Dub Brassell Detention Center                                                              DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to Chief United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

### I. BACKGROUND

On September 16, 2010, Plaintiff, Cordell Lockett, commenced the present action while detained in the W.C. Dub Brassell Detention Center by filing a *pro se* Complaint pursuant to 42 U.S.C. § 1983. Per the Court's October 12, 2010 Order (Doc. No. 4), Plaintiff filed an Application to Proceed Without Prepayment of Fees and Affidavit (Application) (Doc. No. 6), which was denied as incomplete. (*See* Doc. No. 7). Thereafter, Plaintiff filed a second Application. (Doc. No. 9). On March 14, 2011, the Court granted (Doc. No. 10) Plaintiff's second Application and the Order was mailed to Plaintiff. On March 28, 2011, it was returned as undeliverable. (Doc. No. 12).

The Court was advised by the Arkansas Department of Correction that Plaintiff has been either released or paroled. (March 29, 2011 docket entry). *Pro se* litigants are required to follow the same rules of procedure, including the local court rules, that govern other litigants. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992); *Jarzynka v. St. Thomas Univ. of Law*, 310 F. Supp. 2d 1256, 1264 (S.D. Fla. 2004). Local Rule 5.5(c)(2) requires a *pro se* plaintiff to "promptly" notify the Clerk of any change in his or her address. Plaintiff has failed to comply with the Local Rules of the Court and it is recommended that his Complaint (Doc. No. 1) be DISMISSED without prejudice.

**II.     CONCLUSION**

IT IS, THEREFORE, RECOMMENDED THAT:

1. Plaintiff's Complaint (Doc. No. 1) should be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order and Judgment adopting this Recommended Disposition would not be taken in good faith.

DATED this 14th day of June, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE