**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CORDELL LOCKETT
ADC# 141945                                                                                            PLAINTIFF

v.                              CASE NO. 5:10-cv-00280-JLH-JJV

FAYE KIDD, Jailer,
W.C. Dub Brassell Detention Center                                                          DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 6th day of July, 2011.

_____
J. LEON HOLMES
CHIEF UNITED STATES DISTRICT JUDGE