**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CORDELL LOCKETT
ADC# 141945                                                                                                  PLAINTIFF

v.                              CASE NO. 5:10-cv-00280-JLH-JJV

FAYE KIDD, Jailer,
W.C. Dub Brassell Detention Center                                                           DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 6th day of July, 2011.

_____
J. LEON HOLMES
CHIEF UNITED STATES DISTRICT JUDGE